__*MAGISTRATE CASE NUMBER*

*OR*

*X NO MAGISTRATE PAPERS WERE FOUND*

*FOR*

**NAME: ZOE MARIE FRANCIS**

**Initials: _amm______**