**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 25-cr-162-JTM-EJD** |
| **v.** | * | **SECTION: "H"** |
| **ZOE MARIE FRANCIS** | * | |

* * *

**FACTUAL BASIS**

The defendant, **ZOE MARIE FRANCIS**, also known as "Zoé Francis, PhD," also known as "Marie Chase," also known as "Zoe Wilson," also known as "Zoe M. Chase" (hereinafter, the "defendant" or "**FRANCIS**"), has agreed to enter a plea of guilty pursuant to a plea agreement. **FRANCIS** has agreed to plead guilty to theft concerning programs receiving federal funds, in violation of 18 U.S.C. §§ 666(a)(1)(A) and 2, as charged in Count One of the Bill of Information.

Should this matter have proceeded to trial, the defendant stipulates that the Government would have proven, through the introduction of credible testimony from witnesses and Special Agents from the United States Department of Health and Human Services, Office of the Inspector General; and admissible, tangible exhibits, the following facts, beyond a reasonable doubt, to support the allegations in the Bill of Information now pending against the defendant. Both the Government and the defendant do hereby stipulate and agree that the following facts set forth a sufficient factual basis for the crime to which the defendant is pleading guilty. Unless stated otherwise, the following acts occurred within the jurisdiction of the Eastern District of Louisiana.

The Institute of Women and Ethnic Studies ("IWES") was a charitable non-profit organization under Section 501(c)(3) of the Internal Revenue Code located in New Orleans, Louisiana. IWES's mission was to improve the physical, mental, health, and quality of life for members of the community, using research, community-based programs, training, and advocacy.

AUSA/DOJ Trial Attorney NDM
Defendant ZF
Defense Counsel [signature]

IWES's fiscal years each ended on December 31. IWES received more than $10,000 in federal funds in the 2020, 2021, 2022, and 2023 fiscal years to operate its charitable and educational programs.

**FRANCIS**, a resident of New Orleans, Louisiana, within the Eastern District of Louisiana, was the Chief Operating Officer ("COO") of IWES from in or around November 2019 to in or around December 2023. **FRANCIS** was the manager of Be Free Healing Center LLC, also known as Be Free Healing Institute (collectively, "Be Free Healing"), a Louisiana limited liability company.

As the COO, **FRANCIS** was an agent of IWES. Knowing that she was not entitled to use IWES's funds to pay for unauthorized expenses, including expenses incurred for her personal or family's benefit, **FRANCIS** caused IWES to pay for improper and unauthorized expenditures, including expenditures that benefited **FRANCIS** personally and her family members, through: (a) the submission of falsified contracts, agreements, and invoices claiming reimbursement for expenses and benefits that **FRANCIS** knew were improper uses of IWES's funds; (b) charges on IWES's credit cards for expenses **FRANCIS** knew were improper uses of IWES funds; and (c) using IWES's credit card reward points for expenses **FRANCIS** knew were improper.

Between in or around April 2021 and in or around December 2023, **FRANCIS** caused at least approximately $62,643 of IWES funds to be spent on unauthorized pay increases, bonuses, and vacation hours adjustments for her personal benefit.

Between in or around May 2023 and in or around July 2023, **FRANCIS** caused IWES to enter into sham contractual agreements with Be Free Healing. **FRANCIS** used a fictitious name, "Marie Chase," and created an e-mail address for Be Free Healing to submit falsified contracts,



AUSA/DOJ Trial Attorney NDM
Defendant JF
Defense Counsel af

invoices, and tax forms to IWES for payment. On the falsified documents, **FRANCIS** listed her personal savings bank account number and other banking information as Be Free Healing's banking information. **FRANCIS** fraudulently obtained at least approximately $27,990 in IWES funds intended for Be Free Healing into her personal savings bank account, ending in 8315.

Between in or around March 2023 and in or around October 2023, **FRANCIS** caused at least approximately $7,825 of IWES funds to be spent on unauthorized expenditures for two personal events. **FRANCIS** submitted falsified invoices to IWES's finance staff from an event planner for her husband's extravagant birthday party in or around September 2023 and a dinner party for her and husband's anniversary in or around November 2023. For example, in or around September 2023, **FRANCIS** caused IWES to pay a local musician approximately $3,800 via Zelle for a personal event, and **FRANCIS** directed the local musician to send **FRANCIS** approximately $2,000 to her personal checking account, ending in 7281.

Between in or around October 2021, and in or around December 2023, **FRANCIS** caused at least approximately $34,913.95 of IWES funds to be spent on unauthorized Amazon.com purchases. **FRANCIS** caused at least approximately $12,565 of IWES funds to be spent on unauthorized credit card purchases.

Between in or around June 2021, and in or around August 2023, **FRANCIS** caused at least approximately $8,438.91 of IWES funds to be diverted and deposited into **FRANCIS**'s personal accounts, without authority.

In total, **FRANCIS** caused at least approximately $150,000 of IWES's funds to be spent on unauthorized expenditures, including expenditures that benefited **FRANCIS** personally and her family members. The defendant agrees that this amount is subject to forfeiture.



AUSA/DOJ Trial Attorney NDM
Defendant [initials]
Defense Counsel [initials]

In sum, the evidence would establish that **FRANCIS** committed theft concerning programs receiving federal funds.

**Limited Nature of Factual Basis**

This proffer of evidence is not intended to constitute a complete statement of all facts known by **FRANCIS** and/or the Government. Rather, it is a minimum statement of facts intended to prove the necessary factual predicate for her guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for the plea of guilty to the charged offense by **FRANCIS**.

The above facts come from an investigation conducted by and would be proven at trial by credible testimony from, *inter alia*, Special Agents from the United States Department of Health and Human Services, Office of the Inspector General, other witnesses, and admissible, tangible exhibits.

The defendant agrees that, effective as of the date the defendant signs this Factual Basis, and notwithstanding any other subsequent event, including but not limited to the defendant's failure to plead guilty, the court's refusal to accept the defendant's guilty plea, or the defendant's withdrawal (or attempted withdrawal) of his guilty plea, this Factual Basis shall be admissible against the defendant in any criminal case involving the United States and the defendant, as: (a) substantive evidence offered by the Government in its case-in-chief and rebuttal case; (b) impeachment evidence offered by the Government on cross-examination; and (c) evidence at any sentencing hearing or other hearing.

In addition, the defendant also agrees not to assert any claim under the Federal Rules of Evidence (including Fed. R. Evid. 410), the Federal Rules of Criminal Procedure (including Fed.



AUSA/DOJ Trial Attorney NDM
Defendant [initials]
Defense Counsel [initials]

R. Crim. P. 11), or the United States Sentencing Guidelines (including U.S.S.G. § 1B1.1(a)) that this Factual Basis should be suppressed or is otherwise inadmissible as evidence (in any form).

READ AND APPROVED:

ZOE MARIE FRANCIS
Defendant

ANNA FRIEDBERG 1-6-26
Counsel for Defendant

NICHOLAS D. MOSES 1/6/25
Assistant United States Attorney
Eastern District of Louisiana

Nick Moses for Gary Crosby 1/6/25
GARY A. CROSBY II
Trial Attorney
Criminal Division, Fraud Section
United States Department of Justice



AUSA/DOJ Trial Attorney NDM
Defendant ____
Defense Counsel ____